UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JEFFERY ZERINGUE,                    CIVIL ACTION
          Appellant                  NO. 3:09-CV-00063

VERSUS

MICHAEL ASTRUE, U.S.                 JUDGE JAMES T. TRIMBLE
COMMISSIONER OF SOCIAL SECURITY,     MAGISTRATE JUDGE JAMES D. KIRK
          Appellee


J U D G M E N T


For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that the final decision of the Commissioner is AFFIRMED and Zeringue's appeal is DENIED AND DISMISSED WITH PREJUDICE.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 29th day of July, 2010.


_____
JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE